IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3112-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT JOHN IRONBEAR, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1) The government's motion to continue sentencing (filing 69) is granted.

(2) Defendant Ironbear's evidentiary hearing and sentencing are rescheduled to Wednesday, May 28, 2008, from 12:30-1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 17, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge