IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>    vs.<br><br>ROBERT JOHN IRONBEAR,<br><br>                Defendant. | **4:07CR3112**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 266), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   The defendant shall be released to reside at Kearney Village treatment center and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Kearney Village facility.  If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer.  In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defense counsel shall communicate with Defendant's supervising officer and with the Marshal to set the date and time of Defendant's release to be transported by Kylianna Roy to the Kearney Village treatment center.

Dated this 10th day of December, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge